IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL JOSHUA GONZALEZ, Petitioner, | : CIVIL ACTION : : |
| v. | : NO. 18-10 : |
| MARK GURMAN, *et al.*, Respondents. | : : |

# ORDER

**AND NOW**, this 20th day of July 2018, upon review of Petitioner's Motion to Suppress Transcripts (ECF Doc. No. 12), careful and independent consideration of the petition for Writ of *habeas corpus* including review of the Report and Recommendation of the United States Chief Magistrate Judge Linda K. Caracappa and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Petitioner's Motion to suppress (ECF Doc. No. 12) is **DENIED**;

2. Chief Magistrate Judge Caracappa's Report and Recommendation (ECF Doc. No. 13) is **APPROVED** and **ADOPTED**;

3. Mr. Gonzalez's petition for Writ of *habeas corpus* (ECF Doc. No. 1) is **DISMISSED with prejudice**;

4. There is no probable cause to issue a certificate of appealability; and,

5. The Clerk of Court shall **close** this case.

KEARNEY, J.